**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-30510

JOSEPH ONCALE,

Plaintiff-Appellant,

VERSUS

SUNDOWNER OFFSHORE SERVICES INCORPORATED;
JOHN LYONS; DANNY PIPPEN; BRANDON JOHNSON,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
April 30, 1998

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before SMITH, DUHÉ and DeMOSS, Circuit Judges.

BY THE COURT:

This matter is before the Court on remand from the Supreme Court.

IT IS ORDERED that Appellees' motions for this Court to establish a briefing schedule and to affirm the district court's grant of summary judgment are DENIED.

IT IS FURTHER ORDERED that this matter is hereby remanded to the United States District Court for the Eastern District of Louisiana for further proceedings in accordance with the opinion of the Supreme Court herein.